UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
MARGUCCI INTERNATIONAL, INC.,

                Plaintiff,                    **MEMORANDUM & ORDER**

         - against -                         15 CV 4991 (RJD) (RML)

NATIONAL STORES, INC.,

                Defendant.
----------------------------------------------------------- x

DEARIE, District Judge

      Examining the papers, the Court is mindful of the longstanding policy and preference to resolve disputes on the merits. Accordingly, I deny the motion for default judgment and grant the motion to vacate the Clerk's entry of default. The parties are directed to promptly confer in an effort to resolve the lawsuit and, failing that, to proceed under the Magistrate's guidance with expedited discovery and motion practice if appropriate. In an abundance of caution, the Court advises defendant that a repetition of the inattentive conduct reflected in the papers before the Court may well result in a serious sanction.

SO ORDERED.

Dated: Brooklyn, New York
        May 24, 2016

                                                  s/ RJD
                                           RAYMOND J. DEARIE
                                           United States District Judge